DocuSign Envelope ID: D8BBEB2D-70DA-462C-8268-CA777F1E90D5

Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
Cindy Kaoud (SBN 322640)
ckaoud@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for DEFENDANT
**WAYFAIR, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| BRANDON ALEXANDER, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC; WAYFAIR, INC.; NANCY FLORES, an individual; GABRIEL FLORES, an individual; STEVEN NO, an individual; CHRISTOPHER BATON, an individual; JAMES FUENTES, an individual; and DOES 1 to 100, Inclusive.<br><br>Defendants. | **CASE NO.**  5:23-cv-1766<br><br>**DECLARATION OF VINH HO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446**<br><br>Judge:     Hon.<br>Dept.:<br><br>Complaint Filed:   July 25, 2023<br>Trial Date:<br><br>[Riverside County Superior Court Case No. CVRI2303780] |

SR
SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

**DECLARATION OF VINH HO**

I, Vinh Ho do hereby declare, and state as follows:

1.      I have personal knowledge of the following facts, and if called to testify, I could and would testify competently thereto. I make this declaration in support of Defendant's Wayfair, LLC's ("Wayfair") or ("Defendant") Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1441 and 1446.

**My Employment With Wayfair As Associate Director of Talent Management**

2.      I am employed by Wayfair, LLC as an Associate Director, Talent Management. I have been employed with Wayfair since October 2021, performing various job duties, including managing human resources activities.  In my current position as Associate Director, Talent Management, I am readily familiar with Wayfair's human resources operations conducted in California, including Perris, California, the facility in which Plaintiff Brandon Alexander ("Plaintiff" or "Mr. Alexander") was placed and performed work for Wayfair. As an Associate Director, Talent Management, I have access to employment records of current and former employees maintained in the ordinary course of business, including personnel files, compensation records, health benefits and operational policies, and requests for accommodations, including those of Plaintiff.

3.      As an Associate Director, Talent Management, I am also readily familiar with the location of Wayfair's business operations. I have access to records and reports related to Wayfair's day-to-day business operations and business structure.

**Plaintiff's Employment With Wayfair**

4.      In preparing this declaration, I reviewed Plaintiff's employment records, including his personnel file and documents reflecting his compensation, which were prepared and have been maintained by Wayfair in the regular and ordinary course of business.

5.      Based upon my review of Plaintiff's personnel records, his last known address on file with Wayfair is 112 Midway Street, Apt C., Perris, California.  Mr.



SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

1   Alexander was employed by Wayfair from approximately July 9, 2019 to February
2   24, 2023. During the entirety of his employment with Wayfair, I am informed and
3   believed Mr. Alexander lived and worked in California.

4        6.    Based upon my review of Mr. Alexander's personnel records, he
5   separated employment with Wayfair on February 24, 2023.  Mr. Alexander earned an
6   annual salary of $76,000 during his employment with Wayfair.

7   <u>**Wayfair's Business Structure**</u>

8        7.    In preparing this declaration, I reviewed Wayfair's business filings and
9   conducted a business entity search through the State of Delaware, Division of
10  Corporations and the Secretary of the Commonwealth of Massachusetts, Corporate
11  Division, respectively.

12       8.    Wayfair is a limited liability company, which was formed in Delaware.
13  A true and correct copy of Wayfair's Entity Details from the Department of State of
14  Delaware, Division of Corporations, is attached hereto as **Exhibit A**.  A true and
15  correct copy of Wayfair's September 2, 2011 Certificate of Amendment of a Foreign
16  Limited Liability Company filed with the Secretary of the Commonwealth of
17  Massachusetts, reflecting Delaware as the jurisdiction of Wayfair's business
18  organization, is attached hereto as **Exhibit B**.

19       9.    Wayfair's sole member is SK Retail, Inc. ("SK Retail").  SK Retail is
20  and, ever since this action commenced, has been incorporated in the State of
21  Massachusetts.  A true and correct copy of SK Retail's 2020 Annual Report filed with
22  the State of Massachusetts is attached hereto as **Exhibit C**.

23       10.    SK Retail's principal place of business is in Boston, Massachusetts,
24  Suffolk County.  SK Retail's headquarters and executive offices, where its high-level
25  officers direct, control and coordinate its activities.  Many of SK Retail's executive
26  and administrative functions, including corporate financing and accounting, are
27  directed from Boston, Massachusetts.  Nearly all of the corporate decisions of SK
28  Retail, including operational, executive, administrative and policymaking decisions

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

1   are made from its Boston, Massachusetts headquarters. SK Retail's management and

2   administrative functions are located in Boston, Massachusetts, including human

3   resources, finance and accounting, treasury, legal, payroll, and safety.

4       I declare under penalty of perjury under the laws of the United States that the

5   foregoing is true and correct.

6       Executed this _____ 8/30/2023 day of August 2023, at Hackensack, NJ _____,_____.


7

8

9   

10      VINH HO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF VINH HO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT
TO 28 U.S.C. §§ 1441 AND 1446

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

# EXHIBIT A

Delaware.gov                                              Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| HOME | |
|---|---|

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **4512411** | Incorporation Date / Formation Date: | **3/14/2008** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **WAYFAIR LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **INCORPORATING SERVICES, LTD.** | | |
|---|---|---|---|
| Address: | **3500 S DUPONT HWY** | | |
| City: | **DOVER** | County: | Kent |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **302-531-0855** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ⦿ Status  ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]        [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov

# EXHIBIT B

CERTIFICATE OF AMENDMENT
OF A FOREIGN LIMITED LIABILITY COMPANY

1.  The Federal Employer Identification Number is:  26-2188108.

2.  The name of the foreign limited liability company (the "LLC") is:  CSN Stores LLC.

3.  The LLC's state of formation is: Delaware.

4.  The date the LLC's Application for Registration was filed with the Massachusetts
    Secretary of the Commonwealth is:  March 17, 2008.

5.  The name and business address, if different from the LLC's principal office location, of
    each manager is:

    Niraj Shah
    Steven Conine

6.  The name of each person authorized to execute, acknowledge, deliver and record any
    recordable instrument purporting to affect an interest in real property whether to be filed
    with the registry of deeds or a district office of the land court, if any, and business
    address, if different from its principal location.

    Niraj Shah
    Steven Conine

7.  The amendment to the LLC's Application for Registration is as follows:

    "2.  The name of the foreign limited liability company (the "LLC") is:  Wayfair LLC."

    "6.  The name and business address of each manager is: "

    Neeraj Agrawal, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Steven Conine, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Alex Finkelstein, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Michael Kumin, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Ian Lane, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Niraj Shah, 177 Huntington Avenue, Suite 6000, Boston, MA 02115."

    "10.  The name of each person authorized to execute, acknowledge, deliver and record
    any recordable instrument purporting to affect an interest in real property whether to be
    filed with the registry of deeds or a district office of the land court, if any, and business
    address, if different from its principal location is:

    Neeraj Agrawal, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
    Steven Conine, 177 Huntington Avenue, Suite 6000, Boston, MA 02115

EAST\46740608.2

Alex Finkelstein, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Michael Kumin, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Ian Lane, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Niraj Shah, 177 Huntington Avenue, Suite 6000, Boston, MA 02115."

(Signature page follows)

09-02-'11 16:56   FROM-Bay State Corp Svcs      6177428484          T-043  P004/005 F-162

IN WITNESS WHEREOF, the undersigned has executed this Application for Foreign Registration of CSN Stores LLC, as of this 2nd day of September, 2011.

                                        CSN STORES LLC

                                        By:_____
                                        Name: Niraj Shah
                                        Title:   Manager

EAST\46740608.1

09-02-'11 16:56  FROM-Bay State Corp Svcs    6177428484          T-043  P005/005 F-162



**PAGE  1**

## The First State

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THAT THE SAID "CSN STORES LLC",

FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "WAYFAIR

LLC", THE FIRST DAY OF SEPTEMBER, A.D. 2011, AT 8 O'CLOCK A.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED

LIABILITY COMPANY IS DULY FORMED UNDER THE LAWS OF THE STATE OF

DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT

HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS

OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

**4512411   8320**

**110974253**

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

**AUTHENTICATION:  9006001**

    **DATE:  09-01-11**

MA SOC   Filing Number: 201152934290     Date: 9/2/2011 5:07:00 PM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

September 02, 2011 05:07 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# EXHIBIT C

MA SOC   Filing Number: 201270359610    Date: 2/16/2012 1:32:00 AM



## The Commonwealth of Massachusetts
## William Francis Galvin

**Minimum Fee: $100.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

### Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Federal Employer Identification Number:** 043671804 *(must be 9 digits)*

**1. Exact name of the corporation:** SK RETAIL, INC.

**2. Jurisdiction of Incorporation:** State: MA    Country:

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**

| | |
|---|---|
| Name: | NIRAJ SHAH |
| No. and Street: | 177 HUNTINGTON AVENUE SUITE 6000 |
| City or Town: | BOSTON    State: MA    Zip: 02115    Country: USA |

**5. Street address of the corporation's principal office:**

| | |
|---|---|
| No. and Street: | 177 HUNTINGTON AVENUE SUITE 6000 |
| City or Town: | BOSTON    State: MA    Zip: 02115    Country: USA |

**6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | NIRAJ SHAH | 161 WEST NEWTON ST<br>BOSTON, MA 02118 USA |
| TREASURER | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |
| SECRETARY | MICHAEL K BARRON | C/O DLA PIPER US LLP 33 ARCH STREET 26TH FLOOR<br>BOSTON, MA 02446 USA |
| VICE PRESIDENT | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |
| DIRECTOR | NIRAJ SHAH | 161 WEST NEWTON ST<br>BOSTON, MA 02118 USA |
| DIRECTOR | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |

**7. Briefly describe the business of the corporation:**

RETAIL SALES OF FURNITURE AND OTHER PRODUCTS

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CWP | $0.01000 | 1,000 | $10.00 | 500 |

**9. Check here if the stock of the corporation is publicly traded:** __

**10. Report is filed for fiscal year ending:** 12/31/ 2011

**Signed by** __MICHAEL K. BARRON__ , **its** __OTHER OFFICER__
**on this 16 Day of February, 2012**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved